No. 88–652.   HOWELL v. STATE BAR OF TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied. ▮

No. 88–657.   CHARTER MEDICAL CORP. v. CARDIN ET AL. C. A. 4th Cir.   Certiorari denied. ▮

No. 88–689.   PERRY v. HOWES, WARDEN, FLORENCE CRANE WOMEN'S CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied. ▮

No. 88–694.   A. E. C. TRADING CO., LTD. v. TRADEMASTERS INTERNATIONAL, INC.   C. A. 7th Cir.   Certiorari denied.

No. 88–696.   WALLACE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied. ▮

No. 88–707.   CONWAY v. FIRST TRUST COMPANY OF NORTH DAKOTA; and
No. 88–708.   CONWAY v. FIRST TRUST COMPANY OF NORTH DAKOTA.   Sup. Ct. N. D.   Certiorari denied. ▮

No. 88–735.   NEVE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 88–751.   ROWLAND v. ALAMEDA COUNTY PROBATION DEPARTMENT.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 88–775.   KELLEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied. ▮

No. 88–788.   LANGELLA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied. ▮

No. 88–5070.   KABONGO v. IMMIGRATION & NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari denied. ▮

No. 88–5113.   FOUNTAIN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied. ▮

No. 88–5125.   TRIPATI v. HENMAN, WARDEN.   C. A. 9th Cir. Certiorari denied. ▮

No. 88–5157.   GLOVER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied. ▮